**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1162
_____

DEBBIE WASHINGTON,

Plaintiff – Appellant,

v.

PATRICK R. DONAHOE, Postmaster General for the United
States Postal Service Capital Metro Area; PRINCE JONES;
ANNETTA WALLACE, Retired; IDA STRUGELL; TONI GRIER,
Retired; FRANCES C. LAMER; JENNIFER GREEN; ROCHELL TALLEY;
WILLIAMS JACOB; WILLIAM MOONEY; U.S. POSTAL SERVICE,
Postmaster General; ROBERT HARNEST, NALC 142 Branch;
ELLEN S. SALTZMAN, Arbitrator; TIMOTHY W. DOWDY, National
Business Agent; ROBERT WILLIAMS, NALC-142; ALTON BRANSON,
NALC 142; NIGEL MCCLEAN,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Deborah K. Chasanow, Chief District
Judge. (8:13-cv-00339-DKC)

_____

Submitted: May 29, 2014                    Decided: June 2, 2014

_____

Before SHEDD, WYNN, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Debbie Washington, Appellant Pro Se. Larry David Adams,
Assistant United States Attorney, Nathaniel Cohen, OFFICE OF THE
UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Debbie Washington appeals the district court's orders denying relief on her complaint and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Washington v. Donahoe, No. 8:13-cv-00339-DKC (D. Md. Feb. 4, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED